Form 14x15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   13−15905 PM     Chapter:   7

Vincent Herman Davis
Debtor(s)

## NOTICE OF NON−COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

- A copy of the pay advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Administrative Order 05−04 , and

- A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 5/9/13

                                                  Mark D. Sammons, Clerk of Court
                                                  by Deputy Clerk, Phaedra Neal  301−344−3371

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 7 Trustee – Steven H Greenfeld
      U.S. Trustee
      All Creditors