IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE<br><br>VINCENT HERMAN DAVIS<br>    DEBTOR<br><br>PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO<br>    MOVANT<br><br>VS.<br><br>VINCENT HERMAN DAVIS, DEBTOR<br>STEVEN H. GREENFELD, TRUSTEE<br>    RESPONDENT(S) | BANKRUPTCY NO.  13-15905-PM<br><br><br><br><br><br><br><br>CHAPTER 7 |

## LINE WITHDRAWING MOTION FOR RELIEF FROM STAY

Movant, PNC Bank, National Association, as Successor by Merger to National City Mortgage Co, by its attorney, Brian McNair, hereby withdraws its Motion for Relief from Stay in the captioned case.

/s/  Brian McNair

Brian McNair
bankruptcy@mdmtglaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 6th day of June, 2013, a copy of the foregoing Line Withdrawing Motion for Relief has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Vincent Davis
PO Box 3306
Capitol Heights, MD 20791

Steven H. Greenfeld
7910 Woodmont Avenue
Suite 1103
Bethesda, MD 20814
trusteegreen@cohenbaldinger.com

                /s/  Brian McNair

                Brian McNair
                bankruptcy@mdmtglaw.com