## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 11/20/13**

In re:   Case No.:   13–15905 PM     Chapter:   7

Vincent Herman Davis
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 60 – Emergency Petitioner's Ex Parte Verified Motion to Reopen Case to Determine Validity, Priority and Extent of Lien . Filed by Vincent Herman Davis . (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N) (Balthrop, Barrington)

61 – Emergency Petitioner's Ex Parte Verified Motion to Reopen Case to Redress Violations of 11 U.S.C. 524 Filed by Vincent Herman Davis . (Attachments: # 1 Exhibit A # 2 Exhbit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O) (Balthrop, Barrington)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 12/4/13.**

CURE:   A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2, 1007–3(a)–(b), 1009–1(a)–(c), 4001–1(c), 4003–2(c))

CONSEQUENCE:   Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information for non–attorney filers is available at http://www.mdb.uscourts.gov/content/after–filing.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Barrington Balthrop  301–344–0087

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)